UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARPREET SINGH, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**PAM BONDI, ET AL.,**<br><br>　　　　Defendants. | Case No. 4:25-cv-08462-YGR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt Nos. 1, 7 |

　　　The Court has received the petition for the writ of habeas corpus from Harpreet Singh, Gurpatap Bhatti, Arman Singh Dhillon, Rohit Rohit, Princepal Singh, and Jaskanpreet Singh. Dkt. Nos. 1, 7. Pursuant to 28 U.S.C. § 2243, respondents are ordered to show cause why the writ should not be granted. Respondents must return the order to show cause within three days of the filing of this order. In order to protect this Court's jurisdiction, and pending further order of the Court, defendants are barred from removing petitioners from the United States.

　　　The Court further **SETS** a status conference for Wednesday **December 3, 2025** at 11:00 a.m. via Zoom.

　　　The Clerk of Court shall serve this Order to Show Cause by email to the Civil Division of the U.S. Attorney's Office for the Northern District of California.

　　　**IT IS SO ORDERED.**

Dated: December 1, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE