# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARPREET SINGH, ET AL.,** | Case No. 4:25-cv-08462-YGR |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE** |
| **PAM BONDI, ET AL.,** | |
| Defendants. | |

The Court held a case management conference on December 3, 2025, where plaintiffs' counsel Emmanuel Enyinwa represented that he, with approval from his clients, would file a notice of dismissal for lack of jurisdiction by December 5, 2025. (Dkt. No. 11.) No such dismissal has been filed. Plaintiffs are now **ORDERED TO SHOW CAUSE** as to why the petition should not be dismissed for lack of jurisdiction.

The Court has voiced its concern regarding plaintiffs' counsel's expertise in this area. Plaintiffs' counsel is further ordered to confirm that he will not charge his clients for fees incurred in refiling this petition in the appropriate jurisdiction. Prof. R. of Conduct 1.1 ("A lawyer shall not intentionally, recklessly, with gross negligence, or repeatedly fail to perform legal services with competence."); *see also* Rule 1.5.

Plaintiffs shall respond in writing to this order to show cause within five days of the filing of this order. Should plaintiffs fail to respond to this order by **December 22, 2025**, the Court may issue sanctions and will *sua sponte* dismiss the petition.

**IT IS SO ORDERED.**

Dated: December 17, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**