UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARPREET SINGH, ET AL.,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**PAM BONDI, ET AL.,**<br><br>    Defendants. | Case No. 4:25-cv-08462-YGR<br><br>**ORDER DISMISSING CASE** |

On December 17, 2025, the Court issued an Order to Show Cause as to why the petition should not be dismissed for lack of jurisdiction. (Dkt. No. 11). Plaintiffs were ordered to respond by no later than December 22, 2025, and were warned that failure to respond would result in the dismissal of this action. Plaintiff did not file a response.

Pursuant to the Court's December 17, 2025 order, this case is **DISMISSED.** The clerk shall close the action.

**IT IS SO ORDERED.**

Dated: February 20, 2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE